UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY STOOPS, | No. 2:16-cv-0021 JAM GGH P |
| Petitioner, | |
| v. | ORDER |
| STUART SHERMAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 23, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 23, 2016, are adopted in full;

2. Petitioner's motions for stay and abeyance (ECF Nos. 14 and 20) are denied;

3. This action is dismissed without prejudice as unexhausted; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: August 10, 2016

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE